## STATEMENT OF FACTS

On May 30, 2020, Officer Fatokon and Detective Sergeant Holmberg of the United States Park Police were assigned to the area of the Lincoln Memorial in downtown Washington, D.C. in plainclothes capacity. At approximately 7:40 p.m., Officer Fatokon observed a black male, with short bushy black hair wearing a black shirt, black shorts and a black and white bandanna over his face, graffiti the words "Yall not tired yet?" with black spray paint from a paint can onto a stone surface at the bottom of the steps to the Lincoln Memorial on the north side of the plaza level. The man was later verbally identified as Micah Eugene Avery, Jr. (hereinafter "Defendant Avery").

Defendant Avery then walked with a group of individuals eastbound from the Lincoln Memorial toward the Vietnam Veterans Memorial. Officer Fatokon and Detective Sergeant Holmberg alerted two U.S. Park Police motormen who attempted to stop Defendant Avery at the entrance to the Vietnam Veterans Memorial. Defendant Avery fled on foot onto the grassy area on the north side of the Vietnam Veterans Memorial. He then jumped from the top of the Vietnam Veterans Memorial to the gravel and stone path below and continued to flee on foot south into the grassy area.

Defendant Avery was apprehended at that location by Officer Fatokon and Detective Sergeant Holmberg. Detective Sergeant Holmberg placed Defendant Avery in handcuffs and removed a spray paint can of Rustoleum Flat Protective Enamel from his right front pants pocket. A black Apple iPhone was also removed from Defendant Avery at the time of arrest. A visual examination of the locked phone at that time revealed a text from a contact named "Russell" which read, "I think they saw you tag." The term "tag" is synonymous with "graffiti."

Officers attempted to put Defendant Avery into a patrol car once he had been handcuffed. Officers observed a large crowd proceeding toward them and wanted to secure the defendant before the crowd arrived. Upon seeing the crowd, Defendant Avery, who had previously been walking with no assistance, went limp in the officers' hands. Defendant Avery refused commands to cooperate and remained limp, forcing officers to drag him to a squad car.

The crowd that had been approaching converged on the officers and began pushing and striking the officers, forcing them to the ground. While being pushed and struck, the officers were able to maintain control over their service weapons and Defendant Avery. Each officer was holding Defendant Avery by an arm when the crowd began to pull Defendant Avery out of their grasp. At this point, Defendant Avery began to attempt to wriggle free from the officers' grasp. Eventually, the crowd was able to pull Defendant Avery free from the officers' grasp, and Defendant Avery escaped on foot. During the fight, Officer Fatokon sustained an injury to his right hand.

A lookout for Defendant Avery was broadcast to surrounding units. With the help of members of the Metropolitan Police Department (MPD), the crowd was able to be cleared from the area. At approximately 8:23 p.m., Detective Sergeant Holmberg monitored a radio transmission from Sergeant Kadiev who advised that a black male was located at the Lincoln Memorial who fit the description of Defendant Avery and was wearing handcuffs. Sergeant

Holmberg responded to that area and observed Defendant Avery seated in the grass near the Lincoln Memorial wearing the same handcuffs that were applied to him at the time of the apprehension.

The damage to the Lincoln Memorial was in excess of $1,000. The Lincoln Memorial is property of the United States Government.

On May 30, 2020, in Washington, D.C. a civil disorder, as defined in 18 U.S.C. §232(1), was occurring that interfered with a federally protected function as evidenced by the Mayor's Orders 2020-067, and 2020-068, and 2020-070, which state, in pertinent part:

> In the downtown area of the District of Columbia, numerous businesses and government buildings were vandalized, burned, or looted. Over the past nights, there has been a glorification of violence, particularly during later hours of the night. This violence is not representative of peaceful protest or individuals exercising their lawful First Amendment rights. The health, safety, and well-being of persons within the District of Columbia are threatened and endangered by the existence of these violent actions.

_____
DETECTIVE SERGEANT CARL R. HOLMBERG
UNITED STATES PARK POLICE

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 4th day of June, 2020.*

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE