UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 7, 2019

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| MICAH EUGENE AVERY, JR., | : | VIOLATION: |
| | : | 18 U.S.C. § 1361 |
| Defendant. | : | (Destruction of Government Property) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about May 30, 2020 in the District of Columbia, **MICAH EUGENE AVERY, Jr.**, willfully and by means of applying spray paint to a granite wall on the Lincoln Memorial property, did injure and commit a depredation against, and attempt to injure and commit a depredation against, property of the United States, specifically a granite wall adjacent to the Lincoln Memorial located on the Lincoln Memorial property, and the resulting damage was over $1,000.

**(Destruction of Government Property**, in violation of Title 18, United States Code, Section 1361)

A TRUE BILL:

FOREPERSON.

Michael R. Sherwin
Attorney of the United States in
and for the District of Columbia.