UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | 20-CR-00109 (ABJ) |
| | : | |
| MICAH AVERY | : | |

### Emergency Motion to Modify Conditions of Release

Micah Avery, by and through his attorney, Eugene Ohm, respectfully requests that this Honorable Court modify his conditions of release in order to permit him to travel to Jordan from November 23, 2020 to December 20, 2020. Counsel submits the following in support of his Motion.

1. On June 4, 2020, Mr. Micah Avery was charged by complaint. Mr. Avery surrendered himself after learning that an arrest warrant had been issued. In Magistrate Court, he was released on his personal recognizance.

2. On July 2, 2020, Magistrate Judge Robinson found no probable cause on all counts of the complaint and dismissed the case. Mr. Avery incurred no violations in that period.

3. On July 14, 2020, Mr. Avery was charged by indictment with Destruction of Government Property under 18 U.S.C. 1361.

4. On September 18, 2020, Mr. Avery appeared for his initial status hearing. He appeared voluntarily. Mr. Avery was released to his personal recognizance. At that hearing, Mr. Avery was also specially ordered to request permission from the Court for international travel but not for domestic travel.

5. Mr. Avery is engaged to be married to Farzona Comnas. Ms. Comnas has many family members in Jordan. Rather than have the family come to the United States, Ms.

Commas' mother paid for roundtrip airplane tickets so that Mr. Avery could meet his future in laws and have a marital ceremony.

6. In the time that Mr. Avery has been under pretrial supervision, there have been no violation reports. He has no criminal record and this case involves a non-violent offense.

7. Mr. Avery is a veteran. He is a college student at the University of the District of Columbia.

8. With regard to the violation underlying the warrant, Mr. Avery's own actions demonstrate that he understood that he had permission to leave.[1] Mr. Avery was first to notify Pretrial Services that he was leaving the country and relied upon his attorney's advice.

9. Counsel has spoken to the Loudon County, VA Magistrate. Mr. Avery was released by the Magistrate after confiscating his passport. He is due in Loudon County Court on November 23, 2020 to surrender himself on the warrant. He will then be taken into custody for transfer to the District of Columbia. Counsel was told that Mr. Avery cannot turn himself into the District Court in lieu of appearing in Loudon County Court.

10. Because there are no concerns of flight or danger to the community, counsel requests that this Court modify Mr. Avery's release conditions so that he may go to Jordan from November 23, 2020 to December 19. 2020.

11. In so doing, counsel also respectfully renews his requests that the Court quash the warrant for Mr. Avery so that his passport may be returned to him and to expedite his release from custody.

.

---

[1] Mr. Avery assumed it was apparent that he was discussing the trip Jordan and counsel did not. Counsel's failures in the communication and recollection of the Court's requirement is the cause of Mr. Avery's violation - there was never any desire to evade supervision or disobey the Court.

**Conclusion**

For the foregoing reasons and any others that appear to the Court, counsel for Mr. Avery respectfully requests that this Court grant his Motion to Modify Release Conditions.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER FOR THE
DISTRICT OF COLUMBIA

_____/S/_____
Eugene Ohm
Assistant Federal Public Defender
625 Indiana Avenue, NW
Washington D.C. 20004