UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 20-CR-109 (ABJ) |
| : | |
| MICAH EUGENE AVERY, JR., : | |
| : | |
| Defendant. : | |

**THE UNITED STATES OF AMERICA'S MOTION FOR
AN ORDER GRANTING ITS PENDING MOTION**

The United States of America, by and through the United States Attorney for the District of Columbia and undersigned counsel, respectfully moves this Court for an order compelling Defendant to display the tattoos on his arms and legs to a law enforcement photographer. The bases for the United States' motion follow:

1. On December 2, 2020, the United States moved the Court to compel Defendant to display his tattoos to a law enforcement photographer. (Docket Entry 26).

2. This Court's Local Criminal Rule 47(b) provides that any opposition to a motion must be filed within 14 days, unless leave is granted by the Court. If an opposition is not timely filed, "the Court may treat the motion as conceded." Id.

3. 19 days have passed since the filing of the United States' motion. Defendant has neither opposed the motion nor requested an extension.

4. The United States respectfully requests that the Court treat the United States' motion as conceded, and issue the attached, proposed order.

WHEREFORE, the United States respectfully requests that the Court issue the attached order compelling Defendant to submit to photography of the tattoos on his arms and hands by a law enforcement officer.

1

2

                Respectfully submitted,

                MICHAEL R. SHERWIN
                Acting United States Attorney
                New York Bar No. 4444188

By:     */s/ James B. Nelson*
                JAMES B. NELSON
                D.C. Bar No. 1613700
                Assistant United States Attorney
                Federal Major Crimes Section
                555 4th Street, N.W.
                Washington, D.C. 20530
                (202) 252-6986
                james.nelson@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                              By:      */s/ James B. Nelson*
                                            JAMES B. NELSON
                                            D.C. Bar No. 1613700
                                            Assistant United States Attorney
                                            Federal Major Crimes Section
                                            555 4th Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 252-6986
                                            james.nelson@usdoj.gov