# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Case: 20-cr-000109 (ABJ)** |
| v. ) | |
| **MICAH AVERY** ) | |

## JOINT STATUS REPORT

In response to the Court's Minute Order of January 13, 2021, the United States and counsel for Mr. Avery file a Joint Status Report. Counsel report that the defense has provided the government with photos of the Defendant's arms and right leg. The defense has also informed the government that it will stipulate the authenticity, specifically, that the photos are of the Defendant Micah Avery, as well as to the chain of custody of the photos. The parties thus agree that the matter raised in ECF 26 is moot.

        Respectfully Submitted,

        A. J. KRAMER
        FEDERAL PUBLIC DEFENDER

              /s/
        _____

        EUGENE OHM
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C. 20004


        MICHAEL SHERWIN
        ACTING UNITED STATES ATTORNEY

        /s/
        _____

        JAMES NELSON
        Assistant United States Attorney
        555 Fourth St. N.W.
        Washington D.C. 20053