IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | CR. NO. 20-CR-109 (ABJ) |
| MICAH EUGENE AVERY, JR. ) | |
| ) | |

### UNOPPOSED MOTION TO CONTINUE MOTIONS HEARING

Micah Avery, through undersigned counsel, respectfully moves this Honorable Court to continue the motions hearing scheduled for April 8, 2021 at 1:00 p.m. In support of this motion, Mr. Avery states as follows:

1. Counsel for the defendant requires additional time to review materials and discuss the case with Mr. Avery. See Addendum.

2. Counsel requests that the motions hearing be continued for one month to a date available to the Court.

3. To the extent that it is necessary, the defense agrees to exclusion of time under the Speedy Trial Act until the next hearing as the ends of justice served by the continuance outweigh the public and the Defendant's interests in a speedy trial.

4. The government does not oppose this motion.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
EUGENE OHM
UBONG E. AKPAN

Assistant Federal Public Defenders
625 Indiana Ave., N.W.
Washington, D.C. 20004
(202) 208-7500

**CERTIFICATE OF SERVICE**

I, Ubong E. Akpan, certify that on this 5th day of April 2021 a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

_____/s/_____
UBONG E. AKPAN
Assistant Federal Public Defender