## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CR. NO. 20-CR-109 (ABJ) |
| MICAH EUGENE AVERY, JR. | ) | |
| _____ | ) | |

## <u>NOTICE OF FILING</u>

Undersigned counsel, on behalf of Micah Avery, respectfully requests that the attached letter be made part of the record.

Respectfully submitted,

A.J. KRAMER

FEDERAL PUBLIC DEFENDER


_____/s/_____
EUGENE OHM
Assistant Federal Public Defender 625
Indiana Ave., NW
Suite 550
Washington, DC  20004
(202) 208-7500
eugene_ohm@fd.org