UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.    : | Case No. 20-CR-109 (ABJ) |
| : | |
| **MICAH EUGENE AVERY,** : | |
| : | |
| **Defendant.**  : | |

### UNITED STATES' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court for permission to file a sur-reply to the Defendant's Reply to United States' Supplemental Brief in Opposition to Defendant's Motion to Suppress (Docket Entry 43). The bases for the United States' Motion are as follows.

1. On January 15, 2021, the defendant filed a limited motion to suppress the "physical evidence" in this case, resting exclusively on the claim that the officers had neither probable cause nor a warrant to seize or search him. (Docket Entry 30).  The Government filed its opposition to the defendant's motion on January 29, 2021, focusing its arguments on the issues raised in the motion to suppress—namely, the lawfulness of the arrest and search incident to arrest. (Docket Entry 31).

2. On May 11, 2021, the parties appeared for a hearing on the defendant's motion to suppress and the government presented testimony from one witness.  During cross-examination, counsel for defendant sought to expand the scope of the inquiry and sought to suppress the text messages that appeared on the face of the phone when it was seized.

3. Lacking any previous legal or factual articulation of this new issue regarding the text messages on the face of the phone, the Court ordered supplemental briefing from the parties with the government's submission due on May 18, 2021, and the defendant's reply due on May

25, 2021.

4. On May 18, 2021, the government filed its supplemental brief, and on May 25, 2021, the defendant filed his reply.

5. In response to defense counsel's request to view the cell phone, the government arranged for the parties to view the phone on May 27, 2021, at 11:00 a.m. The government anticipated that the parties would provide a joint status update to the Court following that viewing, which resolved the issue of the cell phone's settings. However, as noted in a separate pleading defense counsel informed undersigned counsel on May 26 that he would not be viewing the evidence on May 27.

6. Undersigned counsel would like an opportunity to respond to the defendant's May 25 brief, in which he – for the first time – articulates in writing his legal theory for why he contends the text messages should be suppressed. The government also would like the opportunity to provide the Court with additional information regarding the cell phone's settings.

7. With the upcoming holiday weekend, the government seeks seven days following the May 27 viewing to file a sur-reply.

WHEREFORE, the United States respectfully requests permission to file a brief, sur-reply in this matter by Friday, June 4, 2021, for the Court's review.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        Acting United States Attorney
        D.C. Bar No. 415793

By:   */s/ Amanda Fretto*
       AMANDA FRETTO
       JAMES B. NELSON
       D.C. Bar No. 1018284

                                          Assistant United States Attorney
                                          555 4th Street, N.W.
                                          Washington, D.C. 20530
                                          (202) 252-7268
                                          amanda.fretto@usdoj.gov

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that I caused a copy of this pleading to be served upon defense counsel via the Electronic Case Filing (ECF) system, on May 27, 2021.

        By:  */s/   Amanda Fretto*
            AMANDA FRETTO
            D.C. Bar No. 1018284
            Assistant United States Attorney
            555 4th Street, N.W.
            Washington, D.C. 20530
            (202) 252-7268
            amanda.fretto@usdoj.gov