UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | )   Crim. Action No. 20-0109 (ABJ) |
| MICAH EUGENE AVERY, JR., | ) |
| | ) |
| Defendant. | ) |

## ORDER

On July 5, 2022, defendant submitted a Motion for Inspection, Reproduction, and Copying of Jury Records Pursuant to 28 U.S.C. § 1867(f) [Dkt. # 94] seeking "all records or papers used or relied upon by the Clerk and its designees, from May 7, 2019 through the present, in connection with the selection process of grand juries in this district," in particular, "manuals, training materials, or written procedures the Jury Office uses for identifying and selecting prospective jurors in this District." Mot. at 1. In addition, defendant sought "permission to inspect this District's past and current AO-12 forms and the data used to create them." Mot. at 2. The AO-12 is the "Report on Operation of the Jury Selection Plan, which includes demographic information for the active jury wheel used by the Clerk's Office." Mot. at 2.

Upon consideration of 28 U.S.C. §1867(f) and the matters discussed on the record at today's hearing in this case, the motion is **GRANTED** in part. The Clerk of Court is directed to provide both defense counsel and government counsel with the AO-12 forms and any other records generated in connection with the selection of the members of the grand jury that was empaneled on May 7, 2019, and any other individuals who served on the grand jury up to and including July 14, 2020, the date defendant was indicted. *See* Ind. [Dkt. # 11]. Additionally, the Clerk of Court is directed to provide both defense counsel and government counsel with any documents identifying the procedures used for identifying and selecting prospective jurors from the period of January 1, 2019 through July 15, 2020.

**SO ORDERED.**

*Amy B Jack*

AMY BERMAN JACKSON
United States District Judge

DATE:  July 6, 2022