**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No.: 20-CR-109 (ABJ) |
| **v.** : | |
| : | |
| **MICAH AVERY,** : | |
| : | |
| **Defendant.** : | |

**NOTICE OF WITHDRAWAL**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Meredith Mayer-Dempsey, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
DC Bar No. 481866

By:  /s/ *Meredith Mayer-Dempsey*
Meredith Mayer-Dempsey
NY Bar No. 5213202
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7259
Meredith.Mayer-Dempsey@usdoj.gov