UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | :    CRIMINAL NO. 20-CR-109 (ABJ) |
| v. | : |
| | : |
| MICAH AVERY, | : |
| | : |
| Defendant. | : |

## STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA

### I.  Summary of the Plea Agreement

Defendant Mitch Avery agrees to admit guilt and enter a plea of guilty to the Information charging him with one count of Destruction of Government Property (Less Than $1,000), in violation of 18 U.S.C. § 1361.

### II.  Elements of the Offense

The essential elements of the offense of Destruction of Government Property (Less Than $1,000), in violation of 18 U.S.C. § 1361, each of which the Government must prove beyond a reasonable doubt, are:

1. The defendant injured, damaged, or destroyed property, or attempted to do so;
2. The defendant did so willfully; and
3. The property involved was property of the United States, or of any department or agency thereof, or any property which had been or was being manufactured or constructed for the United States, or any department or agency thereof.

### III.  Penalties for the Offense

The penalties for Destruction of Government Property (Less Than $1,000), in violation of 18 U.S.C. § 1361 are:

1

*MA /ɛɔ 5/22/25*

  (A) a term of imprisonment not to exceed one year;

  (B) a fine not to exceed $100,000;

  (C) a term of supervised release of not more than one year; and,

  (D) a special assessment of $25.

The United States Sentencing Guideline § 5E1.2 permits the Court to impose an additional fine to pay the costs of for imprisonment and any term of supervised release and/or probation.

### IV. Factual Proffer

Had this case gone to trial, the Government's evidence would prove the following beyond a reasonable doubt:

On or about May 30, 2020, Defendant Micah Eugene Avery injured and damaged, or attempted to injure and damage, property that belonged to a department or agency of the United States by applying black spray paint to a stone surface on the grounds of the Lincoln Memorial at the north side of the plaza level. Mr. Avery committed this act intentionally, with knowledge that he was violating the law. Mr. Avery caused damage to the property, in an amount of less than $1,000. The Lincoln Memorial is property of the United States Government, and is a United States National Memorial honoring a former President of the United States, located in Washington, D.C. The Lincoln Memorial was dedicated on May 30, 1922, and cost over $ 3 million to build, which represents over $ 50 million in current dollars.

This proffer of evidence is not intended to constitute a complete statement of all facts known by the parties but is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for the defendant's plea of guilty to the charged crimes. This Statement of

MA/ED 5/23/25

the Offense fairly and accurately summarizes and describes some of each defendant's actions and involvement in the offenses to which each is pleading guilty.

                                                  Respectfully Submitted

                                                  Edward R. Martin, Jr.
                                                  United States Attorney

BY:  /s/
        Jennifer Leigh Blackwell
        Assistant United States Attorney

3

## DEFENDANT'S ACKNOWLEDGMENT

I, Micah Eugene Avery, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 5/20/25

Micah Avery
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 5/20/25

Eugene Ohm
Attorney for Defendant

4

5/23/25